# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Timothy Cyrus,

    Plaintiff,

        v.                                       Case No. 1:11cv234

Commissioner of Social Security,             Judge Michael R. Barrett

    Defendant.

## JUDGMENT IN A CIVIL CASE

**[ ]**   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[ X]**   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: The Report and Recommendation (Doc. 24) by the Magistrate Judge is adopted; the decision by the Commissioner is REVERSED and REMANDED under sentence four of 42 U.S.C. § 405(g). This action is closed.

Date: July 31, 2012                               James Bonini, Clerk
                                                                Clerk


                                                   By:      *S/Barbara A. Crum*
                                                           Deputy Clerk