UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Timothy Cyrus,

    Plaintiff,

        v.　　　　　　　　　　　　　　　　Case No.　1:11cv234

Commissioner of Social Security,　　　　　　　Judge Michael R. Barrett

    Defendant.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on September 29, 2014 (Doc. 30).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 30) of the Magistrate Judge is hereby **ADOPTED.**  Motion for approval of attorney fees (Doc. 27) is **GRANTED**.  Plaintiff's counsel is awarded $6,000.00 which represents the remaining fees owed under their fee agreement.  Plaintiff shall be awarded the remaining $6,225.00 consistent with the Recommendation by the magistrate judge.

    **IT IS SO ORDERED.**

                                    *s/Michael R. Barrett*
                                    Michael R. Barrett
                                    United States District Judge